Nov. Term,
1859.
_____

EMERY
v.
THE EVANS-
VILLE, &C.,
RAILRO'D CO.

</div>

---

EMERY *v.* THE EVANSVILLE, INDIANAPOLIS, AND CLEVELAND STRAIGHT LINE RAILROAD COMPANY.

DOWNING *v.* THE SAME.

COCHRAN *v.* THE SAME.

FERGUSON *v.* THE SAME.

APPEAL from the *Greene* Circuit Court.

*Per Curiam.*—Suit upon a note payable to the order of *The Evansville, Indianapolis, and Cleveland Straight Line Railroad Company*, for 100 dollars.

Judgment by default.

The objection is that the complaint does not aver that the plaintiffs are a corporation. There is nothing in the objection. *Anderson* v. *The Newcastle, &c., Railroad Co.*, 12 Ind. R. 376.

The judgment is affirmed with 10 per cent. damages and costs.

*J. N. Evans*, for the appellant.